168

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN LOUIS MERTZ, DEFENDANT-PETITIONER.

Mr. *Richard A. Kurland* for the petitioner.

Mr. *Guy W. Calissi* and Mr. *Harold N. Springstead* for the respondent.

July 8, 1968. Denied.

FAY E. BURGOON, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
BOARD OF REVIEW, DIVISION OF EMPLOYMENT SE-
CURITY, *ET AL.*, DEFENDANTS-RESPONDENTS.

Messrs. *Plone, Tomar, Parks & Seliger* and Mrs. *Eleanor H. Klein* for the petitioners.

Mr. *Edward A. Kaplan,* Messrs. *Archer, Greiner, Hunter & Read,* Mr. *Frederick J. Rohloff* and Mr. *Frank H. Wisniewski* for the respondents.

July 8, 1968. Denied.